IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCHWAN, et al.<br><br>        Plaintiffs,<br><br>    v.<br><br>CNH AMERICA, et al<br><br>        Defendants. | 4:04cv3384<br><br>ORDER |

The Clerk's Office has requested that Document Numbers 28 and 30 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 28 and 30 from the record. The party is directed to re-file the document.

DATED this 21st day of April, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge