IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3384 |
| | ) | |
| v. | ) | |
| | ) | |
| CNH AMERICA, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' motion for time, filing 42, is granted in part and the deadline for filing the parties' Rule 26 planning conference report is extended to August 31, 2005, or 10 days following a ruling on the motion to dismiss, whichever first occurs.

DATED this 16th day of May, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge