IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:04cv3384 |
| ) | |
| CNH AMERICA LLC, et al., ) | PROPOSED ORDER |
| ) | Re: DOCUMENT No. 54 |
| Defendants. ) | |

Document No. 48, docketed as Motion to Dismiss Plaintiffs' First Amended Complaint, contained an erroneous attachment. That attachment was the Memorandum in Support of the Motion to Dismiss which is identical to Document No. 49. Accordingly, the Defendant's Motion, filing 54, for Leave to Correct Filing is granted.

Dated this 24th day of May, 2005.

BY THE COURT

*s/ David L. Piester*

David L. Piester
United States Magistrate Judge