IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for enlargement of time (filing 60) is granted, as follows:

1. Plaintiffs shall have until June 20, 2005, to respond to Defendants' pending motions to dismiss.
2. Defendants shall have until July 15, 2005, to reply.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge