```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA


JOAN SCHWAN, et al.,            )
                                )
     Plaintiffs,                )    4:04CV3384
                                )
     v.                         )
                                )
CNH AMERICA LLC, et al.,        )      ORDER
                                )
     Defendants.                )
```

IT IS ORDERED,

The notice of withdrawal of Michael J. Edney as counsel for Unisys Corporation, filing 62, construed as a motion to withdraw, is granted.

Dated June 16, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge