FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 JUL -6 AM 10: 30

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:04CV3384 |
| ) | |
| CNH AMERICA LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

Joan Schwan et al. ("Plaintiffs") and CNH America LLC, Fiatallis North America, Inc., now known as Fiatallis North American LLC, Case New Holland Inc., CNH Global, N.V., Ford Motor Company, and Unisys Corporation, ("Defendants") hereby enter into this Stipulation and state as follows:

1. Plaintiffs will not move for leave to amend the Second Amended Complaint in whole or in part or to file a third amended complaint before Defendants' anticipated motions to dismiss the Second Amended Complaint are ruled upon by the Court.

2. Defendants will not file an objection to Plaintiffs' motion for leave to file a Second Amended Complaint.

3. Plaintiffs reserve the right to seek leave to amend after the Court decides the Defendants' anticipated motions to dismiss the Second Amended Complaint. Defendants reserve the right to object to any such motion.

4. The following briefing schedule will govern Defendants' anticipated motions to dismiss the Second Amended Complaint in the event that the Court grants Plaintiffs leave to file their Second Amended Complaint:

a. Defendants will have 30 days to answer or otherwise plead in response to the Second Amended Complaint

b. Plaintiffs will have 30 days to respond to any motion to dismiss Defendants file in response to the Second Amended Complaint.

c. Defendants will have 10 days to reply to Plaintiffs' response to any motion to dismiss filed by Defendants.

DATE: June 30, 2005

Respectfully submitted,

**/s/ JIM R. ROSS**

One of the Attorneys for Plaintiffs

Jim R. Ross
MCCURDY & MCCURDY, L.L.P.
524 East Lamar Boulevard, Suite 250
Arlington, TX 76011
(817) 649-8600

**/s/ MARY ROSE ALEXANDER w/permission**

One of the Attorneys for Ford Motor Company

Mary Rose Alexander
LATHAM & WATKINS LLP
Sears Tower Suite 5800
Chicago, IL 60606
(312) 876-7700

/s/ **RANDY J. CURATO w/permission**

One of the Attorneys for CNH America LLC, Fiatallis North America, Inc., now known as Fiatallis North America LLC, Case New Holland Inc., and CNH Global, N.V.

Randy J. Curato
BELL, BOYD & LLOYD, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
(312) 807-4237


/s/ **DANIEL NELSON w/permission**

One of the Attorneys for Unisys Corporation

Daniel Nelson
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 887-3621


IT IS SO ORDERED THIS 5th OF July, 2005

_____
UNITED STATES ~~DISTRICT COURT~~ Magistrate JUDGE