IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
JOAN SCHWAN, et al.,            )
                                )
     Plaintiffs,                )    4:04CV3384
                                )
     v.                         )
                                )
CNH AMERICA LLC, et al.,        )    ORDER
                                )
     Defendants.                )
```

    IT IS ORDERED,

    The plaintiffs' motion to file a second amended complaint, filing 66, is granted. The plaintiffs shall file their second amended complaint, a proposed copy of which is attached to their filing 66 motion, on or before July 29, 2005.

    Dated July 25, 2005.

                              BY THE COURT

                              s/ *David L. Piester*

                              David L. Piester
                              United States Magistrate Judge