IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Inasmuch as Plaintiffs have filed a second amended complaint (filing 74) with court approval,

IT IS ORDERED that each of the following motions is denied without prejudice, as moot:

1. Filing 45, motion to dismiss filed by Defendant Ford Motor Company;
2. Filing 46, motion to dismiss filed by Defendants CNH America LLC, Fiatallis North America, Inc., Case New Holland, Inc., and CNH Global N.V.;
3. Filing 51, motion to dismiss filed by Defendant Unisys Corporation;
4. Filing 53, motion to strike filed by Plaintiffs; and
5. Filing 57, motion to dismiss filed by Defendants Case New Holland, Inc., Fiatallis North America LLC f/k/a Fiatallis North America, Inc., and GNH Global N.V.

July 28, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge