```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

JOAN SCHWAN, et al.,            )
                                )
            Plaintiffs,          )           4:04CV3384
                                )
       v.                        )
                                )
CNH AMERICA, et al.,            )           ORDER
                                )
            Defendants.          )
                                )

IT IS ORDERED:

The parties' second agreed joint motion to extend Rule 26 and Rule 16 obligations, filing 76, is granted. The deadline for filing the parties' Rule 26 planning conference report is extended 10 days following a ruling on the motion to dismiss, with the Rule 16(b) planning conference scheduled by the court thereafter.

DATED this 28th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge