IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that filing 105 is granted, as follows:

1. Plaintiffs shall have until January 9, 2006, to respond to Defendants' motion for entry of a "*Lone Pine*" case management order (filing 103).

2. Defendant CNH America LLC is added as a movant to filing 103.

December 29, 2005.                    BY THE COURT:

                                                             s/ *Richard G. Kopf*
                                                             United States District Judge