```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

JOAN SCHWAN, et al.,              )
                                  )
            Plaintiffs,           )
                                  )          4:04CV3384
      v.                          )
                                  )
CNH AMERICA, LLC, et al.,         )
                                  )            ORDER
            Defendants.           )
                                  )

   IT IS ORDERED:

   Plaintiffs' motion for time, filing 110, is granted and the deadline for plaintiffs to perfect service upon defendant Fiat S.p.A. is extended for an additional one hundred twenty (120) days past the current deadline for service of January 10, 2006.

   DATED this 11th day of January, 2006.

                                     BY THE COURT:

                                     s/ *David L. Piester*
                                     David L. Piester
                                     United States Magistrate Judge