IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOAN SCHWAN, et al.,                     )
                                         )      Civil Action No. 4:04CV3384
                    Plaintiffs,          )
                                         )
          v.                             )
                                         )      **ORDER**
CNH AMERICA LLC, et al.,                 )
                                         )
                    Defendants.          )


     IT IS ORDERED that filing 112 is granted, as follows:


     Defendants shall have until and including January 20, 2006 to file their Reply Briefs in Support of their Motions to Dismiss (filings 95, 97, 99, and 101).

     January 17, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge