```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

JOHN SCHWAN et al.,            )
                               )
         Plaintiffs,           )        4:04 CV 3384
                               )
            v.                 )
                               )
                               )
CNH AMERICA, LLC, et al.,      )        ORDER
                               )
         Defendants.           )
```

The motion to permit withdrawal of Randy J. Curato and Neal H. Weinfield as counsel for the defendant CNH America LLC, filing 144, is granted.

DATED this 29th day of June, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge