IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for an enlargement of time (filing 151) is granted, as follows:

1. Plaintiffs shall have until August 14, 2006, to respond to Defendant Fiat S.p.A.'s motion to dismiss (filing 149).
2. Defendant Fiat S.p.A. shall have until August 28, 2006, to reply to Plaintiff's response.

July 28, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge