IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' "motion to modify the court's *Lone Pine* case management order, and to extend the time to provide the *Lone Pine* disclosures" (filing 173) is granted in part and denied in part, as follows:

1. Plaintiff shall have until and including February 9, 2007, to comply with the court's May 4, 2006 *Lone Pine* case management order (filing 135). No further enlargements of time shall be granted.

2. In all other respects, Plaintiff's motion is denied.

December 4, 2006.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge