IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | |
| | ) | Civil Action No. 4:04CV3384 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CNH AMERICA LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that filing 180 is granted, as follows:

The parties shall have until and including March 2, 2007 to "meet and confer" pursuant to the Court's earlier order and Fed. R. Civ. P. 26(f) and file their Report of Planning Meeting, as well as any request for a conference with the Court.

DATED: January 4, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge