IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 4:04CV3384 |
| CNH AMERICA LLC, et al., | ) |
| Defendants. | ) |

**ORDER**

The Motion to permit withdrawal of Jeffrey A. Wadsworth as counsel for Defendant Unisys Corp., filing 183, is hereby granted.

DATED this 2nd day of February, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge