IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOAN SCHWAN, et al., | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3384 |
| | ) | |
| v. | ) | |
| | ) | |
| CNH AMERICA LLC, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

A conference was held with counsel in this case by telephone conference on February 22, 2007. Counsel reported to the court of their discussions pursuant to Fed. R. Civ. P. 26(f), and the difficulties in planning progression of the case in light of the disclosures made in the plaintiffs' Lone Pine report, filing 185. Counsel agreed that the matter of the Rule 26(f) report should be delayed pending resolution of the plaintiffs' intended motion for leave to file amended complaint. The court agreed. Counsel also informed the court of other matters affecting scheduling, but those do not need to be reported here. In accordance with the discussion during the conference,

IT IS ORDERED:

1. The parties are excused from reporting to the court in accordance with the court's earlier orders and Fed. R. Civ. P. 26(f), until further order of the court.

2. Plaintiffs are given sixty days from this date to file their motion for leave to file a further amended complaint.

3. The parties are given leave to conduct discovery respecting the issue of personal jurisdiction over the defendant Fiat S.p.A. Unless otherwise agreed among counsel, however, further discovery shall be stayed pending resolution of the motion to amend and the entry, if any, of additional parties.

Dated February 22, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge