# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> CNH AMERICA, et al., ) <br> ) <br> Defendant(s). ) | 4:04CV3384 <br><br> ORDER TO SHOW CAUSE |

The records of the court show that on February 23, 2007 (Filing No. #187) a letter was sent to Attorney Francis J. Higgins from the Office of the Clerk directing that he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Files System ("System.").

As of April 2, 2007, the attorney has not complied with the request(s) set forth in the letter from the Office of the Clerk.

**IT IS ORDERED** that, on or before April 12, 2007, Attorney Francis J. Higgins is to register for the System or show cause by written affidavit why he cannot comply with the rules of the court.

DATED this 2nd day of April, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge