```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA


CINDY AVILA, Individually,        )
and as Personal Representative    )
of the Estate of                  )
STEVEN AVILA, et al.,             )
                                  )
      Plaintiffs,                 )            4:04CV3384
                                  )
      v.                          )
                                  )
CNH AMERICA LLC, et al.,          )               ORDER
                                  )
      Defendants.                 )
```

The motion of defendants Unisys Corporation, CNH America LLC, Case New Holland Inc., CNH Global N.V., and Fiatallis North America LLC f/k/a Fiatallis North America, Inc., filing 228, is granted, and filing number 230 shall be filed as a restricted access document pursuant to the E-Government Act.

Dated July 3, 2007.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge