IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CNH AMERICA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the joint motion for an enlargement of time (filing 235), filed by the defendants and the plaintiffs Cindy Avila, David R. Bergholz, Jeffrey L. Bergholz (individually and as next friend of S.L.B. and S.R.B., minors), Rose Bergholz, Warren Edghill, Julia Foote, Joanie Guerrero (as next friend of B.C.G. and B.C.G., minors), Robert Guerrero, Donald Jenkins, Anthony Martinez, Kris Mleczko, Jason P. Ressler, Barbara Schorle, Cheri Schwieger, Gordon Svoboda, Sherri Tolle, and Roxana Webb, is granted, as follows:

1. Defendants are granted leave to file replacements for their motion for partial judgment on the pleadings (filing 231) and supporting brief (filing 232), which will correct a misstatement of fact regarding the plaintiff Julia Foote, on or before July 10, 2007.
2. Plaintiffs shall have until July 31, 2007, to respond to Defendants' replacement motion for partial judgment on the pleadings.
3. Defendants shall have until August 16, 2007, to reply.

July 5, 2007.                           BY THE COURT:

                                                s/ *Richard G. Kopf*
                                                United States District Judge