IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CINDY AVILA, Individually,         )
and as Personal Representative     )
of the Estate of                   )
STEVEN AVILA, et al.,              )
                                   )
    Plaintiffs,                   )         4:04CV3384
                                   )
    v.                            )
                                   )
CNH AMERICA LLC, et al.,           )         ORDER
                                   )
    Defendants.                   )

IT IS ORDERED,

The motion to permit withdrawal of Curtis E. Gannon as counsel for defendant Unisys, filing 250, is hereby granted.

Dated September 14, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge