```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA


CINDY AVILA, Individually,        )
and as Personal Representative    )
of the Estate of                  )
STEVEN AVILA, et al.,             )
                                  )
      Plaintiffs,                 )         4:04CV3384
                                  )
      v.                          )
                                  )
CNH AMERICA LLC, et al.,          )            ORDER
                                  )
      Defendants.                 )
```

       IT IS ORDERED,

       The motion of Patrick B. Griffin, Brian C. Buescher, and Kutak Rock LLP to withdraw as counsel of record for defendant Cargill, filing 252, is granted.


       Dated October 1, 2007.

                                  BY THE COURT

                                  s/ *David L. Piester*
                                  David L. Piester
                                  United States Magistrate Judge