IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, Individually, and as Personal Representative of the Estate of STEVEN AVILA, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3384 |
| v. | ) ) | |
| CNH AMERICA LLC, et al., | ) ) | ORDER |
| Defendants. | ) | |

Pursuant to the parties' correspondence with the court,

IT IS ORDERED:

1. The parties shall file their Rule 26 report of planning meeting by January 10, 2008.

2. A Rule 16 planning conference will be held January 22, 2008, at 11:00 a.m., Central Time. Counsel shall appear in person for the conference in the chambers of the undersigned, 566 Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Dated November 21, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge