IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
CINDY AVILA, Individually,         )
and as Personal Representative     )
of the Estate of                   )
STEVEN AVILA, et al.,              )
                                   )
      Plaintiffs,                  )        4:04CV3384
                                   )
      v.                           )
                                   )
CNH AMERICA LLC, et al.,           )        ORDER
                                   )
      Defendants.                  )
```

IT IS ORDERED,

The motion of Angela T. Pacheco and Brian W. Butcher to withdraw as counsel of record for the plaintiffs, filing 264, is granted.

Dated December 7, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge