```
          IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA


CINDY AVILA, Individually,       )
and as Personal Representative   )
of the Estate of                 )
STEVEN AVILA, et al.,            )
                                 )
       Plaintiffs,               )        4:04CV3384
                                 )
       v.                        )
                                 )
CNH AMERICA LLC, et al.,         )           ORDER
                                 )
       Defendants.               )
```

IT IS ORDERED:

The Discovery Stipulation, filing 278, is approved and the deadline for defendants to respond to plaintiffs' request for information is extended to April 9, 2008.

Dated: March 26, 2008.

                              BY THE COURT

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge