# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, Individually, and as Personal Representative of the Estate of STEVEN AVILA, et al., | ) ) ) ) | 4:04CV3384 |
| Plaintiffs, | ) ) | ORDER Re: DOCUMENT No. 294 |
| v. | ) ) | |
| CNH AMERICA LLC, et al., | ) ) | |
| Defendants. | ) | |

Considering Defendant Fiat S.p.A.'s and Plaintiffs' Agreed Motion for Enlargement of Time, the file shows that the Motion was filed before the original time for the filing of a responsive pleading.

IT IS ORDERED, that Defendant Fiat S.p.A., is granted until April 29, 2008, to answer or otherwise plead in response to Plaintiffs' Fifth Amended Complaint.

Dated this 21st day of April, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge