IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY AVILA, et al., | ) |
| Plaintiffs, | ) Civil Action No. 4:04cv3384 |
| v. | ) ORDER<br>) Re: DOCUMENT No. 332 |
| CNH AMERICA LLC, et al., | ) |
| Defendants. | ) |

This matter coming before the Court on Defendants' Fiat S.p.A., CNH Global N.V. Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLC, Motion for Substitution of Counsel, due notice being given, and the court fully advised in the premises, IT IS HEREBY ORDERED:

1.  The Motion, filing 332, is GRANTED;

2.  Neal Weinfield, Thomas Dutton, Matthew Prewitt and Paul Del Aguila are hereby substituted as counsel of record for Fiat S.p.A., CNH Global N.V., Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLC.

3.  The appearances of Francis Higgins, Francis X. Lyons, S. Patrick McKey and Brent W. Vincent on behalf of Fiat S.p.A., CNH Global N.V., Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLP are hereby withdrawn.

Dated this 30th day of July, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge