IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CINDY AVILA, et al.,** ) | |
| ) | Civil Action No. 4:04cv3384 |
| **Plaintiffs,** ) | |
| ) | ORDER |
| v. ) | Re: DOCUMENT No. 362 |
| ) | |
| **CNH AMERICA LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

Considering the Plaintiffs' and Defendants' Joint Stipulation for Extension of Discovery Deadline stipulating an extension for the CNH Defendants' deadline to respond to Plaintiffs' First Request for Production of Documents to CNH Defendants from October 29, 2008 to November 4, 2008,

IT IS ORDERED that the Stipulation, filing no. 362, is hereby APPROVED.

Dated this 30th day of October, 2008.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge