IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CINDY AVILA, Individually,        )
and as Personal Representative    )
of the Estate of                  )
STEVEN AVILA, et al.,             )
                                  )
        Plaintiffs,               )          4:04CV3384
                                  )
        v.                        )
                                  )
CNH AMERICA LLC, et al.,          )            ORDER
                                  )
        Defendants.               )


        IT IS ORDERED,

        The joint stipulation of the parties, filing no. 401, is
approved and the deadline for plaintiffs to respond to Unisys
Corporation's First Set of Interrogatories is extended to
February 6, 2009.


        Dated February 3, 2009.

                        BY THE COURT

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge