IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, Individually,<br>and as Personal Representative<br>of the Estate of<br>STEVEN AVILA, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3384 |
| | ) | |
| v. | ) | |
| | ) | |
| CNH AMERICA LLC, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Christopher H. Buckley, Jr., one of the attorneys of record for Defendant Unisys Corporation, (filing no. 388), is granted.

Dated this 9th Day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge