IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY AVILA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CNH AMERICA LLC, et al.,<br><br>   Defendants. | Civil Action No. 4:04cv3384<br><br>ORDER<br>Re: DOCUMENT No. 414 |

This matter coming before the Court on Defendants' Fiat S.p.A., CNH Global N.V. Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLC, Motion for Substitution of Counsel, due notice being given, and the court fully advised in the premises, IT IS HEREBY ORDERED:

  1. The Motion, filing no. 414, is GRANTED.

  2. Victoria H. Buter is hereby substituted as counsel of record for Fiat S.p.A., CNH Global N.V., Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLC.

  3. The appearance of Donald G. Blankenau on behalf of Fiat S.p.A., CNH Global N.V., Fiatallis North America LLC f/k/a Fiatallis North America, Inc., Case New Holland, Inc. and CNH America LLP is hereby withdrawn.

Dated this 12th day of February, 2009.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge