IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, Individually,  ) | | |
| and as Personal Representative ) | | |
| of the Estate of ) | | |
| STEVEN AVILA, et al., ) | | |
| ) | | |
| Plaintiffs, ) | | 4:04CV3384 |
| ) | | |
| v. ) | | |
| ) | | |
| CNH AMERICA LLC, et al., ) | | ORDER |
| ) | | |
| Defendants. ) | | |

IT IS ORDERED,

The motion of Edward G. Warin, filing no. 418, for leave to withdraw as counsel of record for defendant Unisys Corporation is granted.

Dated July 3, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge