IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CNH AMERICA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the defendants' unopposed motion to restrict access pursuant to the E-Government Act of 2002 to certain documents containing protected health information (filing 430) is granted in part and denied in part, as follows:

1. The motion is granted with respect to the defendants' index of evidence and attached exhibits (filing 433);
2. The motion is denied with respect to the defendants' motion for partial summary judgment (filing 431); and
3. The motion is denied with respect to the defendants' brief in support of their motion for partial summary judgment (filing 432).[1]

IT IS FURTHER ORDERED, pursuant to Nebraska Civil Rule 5.3(c), that the restrictions are lifted from the motion for partial summary judgment (filing 431) and supporting brief (filing 432), and that the clerk of the court will modify the docket sheet entries accordingly.

March 18, 2009.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge

---

[1] The court has carefully reviewed the motion for partial summary judgment and supporting brief and finds no need to restrict access to these filings.