IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CNH AMERICA, LLC, et el. | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for an enlargement of time (filing 454) is granted, as follows:

Plaintiffs shall have until April 10, 2009, to respond to Defendants' motion for partial summary judgment (filing 431).

March 20, 2009.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge