IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, Individually, and as Personal Representative of the Estate of STEVEN AVILA, et al., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:04CV3384 |
| v. | ) ) | |
| CNH AMERICA LLC, et al., | ) ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED,

The joint stipulation, filing no. 456, is approved and the CNH defendants are given until April 10, 2009 to respond to Plaintiffs' First Set of Interrogatories to CNH Defendants and First Request for Admission to CNH Defendants.

Dated March 25, 2009.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge