IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION

| | | |
|---|---|---|
| CINDY AVILA, et. al., | ) | 4:04-CV-3384 |
| | ) | |
| Plaintiffs, | ) | Kopf, J. |
| | ) | |
| vs. | ) | Piester, M.J |
| | ) | |
| CNH AMERICA, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

IT IS ORDERED,

The joint stipulation, filing no. 458, is approved, and:

- The deadline for plaintiffs' responses to Defendants' First Set of Requests to Admit propounded by the CNH Defendants is extended to and including April 8, 2009;

- The deadline for plaintiffs to respond to Defendant Unisys Corporation's Second Set of Interrogatories to Plaintiffs; Defendant Unisys Corporation's First Set of Requests For Admission to Plaintiffs; and Defendant Unisys Corporation's First Request For Production of Documents to Plaintiffs is extended to and including April 8, 2009;

- The deadline for Unisys to respond to Plaintiffs' First Set of Interrogatories to Unisys Corporation and Plaintiffs' First Requests For Admission to Unisys Corporation is extended to and including April 8, 2009; and

- The deposition of David Barry, individually and as a corporate representative of CNH Global N.V., will now take place on or before April 24, 2009.

Dated March 31, 2009.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge