IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CINDY AVILA, Individually,          )
and as Personal Representative      )
of the Estate of                    )
STEVEN AVILA, et al.,               )
                                    )
        Plaintiffs,                 )          4:04CV3384
                                    )
        v.                          )
                                    )
CNH AMERICA LLC, et al.,            )              ORDER
                                    )
        Defendants.                 )


        IT IS ORDERED,

        The motion of Catherine C. Lemoine, filing no. 470, to

withdraw as counsel of record for defendant Unisys Corporation is

granted.

        Dated April 20, 2009.

                            BY THE COURT

                            s/ David L. Piester

                            David L. Piester
                            United States Magistrate Judge