IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, et al., | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CNH AMERICA, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED that all proceedings in this matter are stayed pending completion of the appeal that was filed by the plaintiffs on April 7, 2009.

April 27, 2009.                                BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge