IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AVILA, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3384 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CNH AMERICA, LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the motion to withdraw filed by plaintiffs' counsel, Jim R. Ross, (filing no. 483), is granted. The clerk is directed to remove Mr. Ross from all future ECF notifications in this case.

DATED this 2nd day of March, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge