IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:04CV3384 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| CNH AMERICA, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The motion to withdraw filed by Lemuel M. Srolovic as counsel of record for the plaintiffs, (filing no. 492), is granted.

DATED this 30th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge