IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, *et al.*, | ) | 4:04CV3384 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CNH AMERICA, LLC, individually and as successor-in-interest to New Holland North America, Inc.; FIATALLIS NORTH AMERICA, INC.; CASE NEW HOLLAND, INC.; CNH GLOBAL, N.V., individually and as successor-in-interest to New Holland N.V.; UNISYS CORPORATION, as successor-in-interest to Sperry Rand Corporation; and FIATALLIS NORTH AMERICA, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Following the issuance of the mandate by the Court of Appeals,

IT IS ORDERED:

1.  This matter is referred to Magistrate Judge Cheryl R. Zwart for further progression, as appropriate.

2.  The clerk of the court shall provide a copy of this order to Judge Zwart.

July 18, 2012.               BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge