IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CINDY AVILA, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>CNH AMERICA, LLC, et al.,<br><br>        Defendants. | 4:04cv3384<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) The motion to withdraw filed by Victoria H. Buter, and the law firm Husch Blackwell, LLP as counsel of record for Defendants CNH America, CNH Global, Case New Holland, Fiat S.P.A., Fiatallis North America, Fiatallis North America, (filing no. 507), is granted.

2) The motion to withdraw filed by Thomas H. Dahlk, and the law firm Husch Blackwell, LLP as counsel of record for Defendants CNH America, CNH Global, Case New Holland, Fiat S.P.A., Fiatallis North America, Fiatallis North America, (filing no. 508), is granted.

August 13, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge