IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CINDY AVILA, individually and as Personal Representative of the Estate of Steven Avila, Deceased, et al., | ) ) ) ) | 4:04CV3384 |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| CNH AMERICA, LLC, et al., | ) ) | |
| Defendants. | ) | |

Pursuant to the parties' joint stipulation (filing 514), and with the court finding that there is no just reason for delay,

IT IS ORDERED that final judgment is entered pursuant to Federal Rules of Civil Procedure 41(a) and 54(b) dismissing with prejudice Plaintiffs' claims against Fiatallis North America Inc. in the above-captioned action, with the parties bearing their own costs and attorneys' fees. Fiatallis North America Inc. shall no longer be a party to the action.

This judgment does not affect Plaintiffs' claims against any other party.

January 14, 2013.                         BY THE COURT:

                                          *Richard G. Kopf*
                                          Senior United States District Judge