IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, Individually and as Next Friend of J.P.S., a minor, et al.;<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CNH AMERICA, LLC individually and as successor-in-interest to New Holland North America, Inc., et al.;<br><br>　　　　　Defendants. | 4:04CV3384<br><br>**MEMORANDUM AND ORDER** |

After conferring with counsel,

IT IS ORDERED:

1)　On or before May 29, 2013, the parties shall file a joint notice which identifies, by name, the plaintiffs with remaining unresolved claims in this case, further specifying as to each plaintiff whether that plaintiff seeks recovery for personal injury, property damage, or both.

2)　A telephonic conference before the undersigned magistrate judge will be held on June 19, 2013 at 1:00 p.m. to discuss the status of the parties' settlement discussions, and whether the parties believe alternative dispute resolution should be pursued or, in the alternative, whether the case progression schedule should be accelerated in light of the narrowed issues.  Counsel for plaintiff shall place the call.

May 14, 2013.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge