IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
LINCOLN DIVISION

| | | |
|---|---|---|
| CINDY AVILA, et. al., | ) | 4:04-CV-3384-RGK-CRZ |
| | ) | |
| Plaintiffs, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CNH AMERICA, LLC, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

After reviewing the motion of Nancy S. Eichler for leave to withdraw as an attorney of record for Plaintiffs in this action, pursuant to Rule 1.3(f) of the Nebraska General Rules, and for good cause shown,

IT IS ORDERED:

The motion of Nancy S. Eichler for leave to withdraw as an attorney of record for Plaintiffs, (Filing No. 535), is hereby GRANTED, and Nancy S. Eichler is hereby relieved of her duties to the Court, the Plaintiffs and opposing counsel in this action.

February 26, 2014.

BY THE COURT:

s/Cheryl R.Zwart
United States Magistrate Judge