IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOAN SCHWAN, Individually and as Next Friend of J.P.S., minor; et. al;<br><br>           Plaintiffs,<br><br>   vs.<br><br>CNH AMERICA, LLC individually and as successor-in-interest to New Holland North America, Inc.;  NEW HOLLAND, INC., FIATALLIS NORTH AMERICA, Inc.; CASE NEW HOLLAND, Inc.;  CNH GLOBAL, N.V., Individually and as Successor-In-Interest to New Holland N.V.; UNISYS CORPORATION, as successor-in-interest to Sperry Rand Corporation, Successor-In-Interest to Sperry Corporation;  FORD MOTOR COMPANY, FIAT S.P.A.,  FIATALLIS NORTH AMERICA, LLC; and  CARGILL, INCORPORATED,<br><br>           Defendants. | **4:04CV3384**<br><br>**ORDER** |

IT IS ORDERED:

1)     The motion to permit Paul A. Del Aguila to withdraw, (filing no. 545), is granted.

2)     Paul A. Del Aguila is withdrawn as counsel of record on behalf of CNH America, LLC; New Holland, Inc.; Fiatallis North America, Inc.; Case New Holland, Inc.; CNH Global N.V.; Unisys Corporation; Fiat S.p.A.; and Fiatallis North America, LLC.

June 3, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge